UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARTIN MORRIS, JR., | ) | CASE NO. 5:07 CV 1870 |
| Petitioner, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | |
| MICHELE EBERLIN, | ) | ORDER |
| Respondent. | ) ) | |

Martin Morris, Jr. filed a petition in the above-captioned matter on June 22, 2007, paying the filing fee on the same date. In addition, Morris filed a request to proceed without prepayment of fees (Doc #2 - "Affidavit of Prisoner"). As the filing fee has been paid, the request to proceed without prepayment is denied as moot.

IT IS SO ORDERED.

_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

August 2, 2007