# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MARTIN D. MORRIS ) | CASE NO. 5:07CV1870 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| MICHELLE EBERLIN ) | |
| ) | |
| Defendant(s). ) | **J U D G M E N T** |

The Court has filed its Opinion and Order in the above-captioned matter. Furthermore, the Court finds that an appeal from this decision could not be taken in good faith. 28 U.S.C. 1915(a)(3). Petitioner has not made a substantial showing of the denial of a constitutional right; therefore, the Court declines to issue a certificate of appealability. 28 U.S.C. 2253(c)(2); Fed.R.App.P.22.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

   S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

November 25, 2008